ANDRÉ BIROTTE JR.
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration

ARMAND D. ROTH
Special Assistant United States Attorney
California Bar No. 214624
    160 Spear St., 8th Floor
    San Francisco, CA 94105
    Telephone: (415) 977-8924
    Fax: (415) 744-0134
    E-Mail: Armand.Roth@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT,

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Benigno Martinez Navarro,<br><br>    Plaintiff,<br><br>       v.<br><br>Michael J. Astrue,<br>Commissioner of Social Security,<br><br>    Defendant. | No. 13-cv-05097-JCG<br><br>**JUDGMENT OF REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

1

1  The Court having approved the parties' stipulation to voluntary remand pursuant to
2  sentence four of 42 U.S.C. § 405(g), IT IS HEREBY ORDERED, ADJUDGED
3
4  AND DECREED that the above-captioned action is remanded to the
5  Commissioner of Social Security for further proceedings consistent with the
6  stipulation to remand.
7
8
9  DATE:  May 15, 2014
10
11
12                                    _____
13                                    THE HONORABLE JAY C. GANDHI
                                      UNITED STATES MAGISTRATE JUDGE
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28